IN OPEN COURT

MAY - 1 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

J-T

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:23cr39 |
| | ) | |
| JONATHAN TORRES | ) | |
| | ) | |
| Defendant. | ) | |

STATEMENT OF FACTS

Comes now the United States and offers to the court that had the above-styled matter proceeded to trial the United States would have proven the following facts beyond a reasonable doubt.

1. Since October 2022, Special Agents and Task Force Officers assigned to the Department of Homeland Security (DHS), HSI, have been investigating multiple subjects involved in the distribution of controlled substances in the Hampton Roads area of Virginia. One of these individuals was identified as Jonathan TORRES.

2. Based on surveillance, phone toll analysis, controlled purchases of controlled substances, witness information, and subpoenaed records, members of the investigative team obtained three state search warrants. One of these was for **TORRES's** residence located at 5102 Goldsboro Drive, Apt. 8, in Hampton, VA. The second was for a storage unit leased by **TORRES**, Unit B137, at "Self Storage at E-Commerce Center," 1708 Todds Lane, Hampton, VA. The third was for **TORRES's** person. These warrants were executed on January 18, 2023.

3. At the time of execution, members of the investigative team detained **TORRES** as he exited the storage unit facility located at 1708 Todds Lane, Hampton, VA. The investigative team advised **TORRES** of his Miranda warnings, asked if **TORRES** understood them, and asked



if **TORRES** wished to speak with investigators. **TORRES** indicated that he understood his rights and agreed to speak with investigators. **TORRES** stated that all of his drugs were in his storage unit, and that his keys would open the locks. When he was detained, **TORRES** was found to be in possession of a "key-fob" style keyless entry device and regular keys. The keyless entry device was found to provide access to the storage unit facility, and the keys opened both physical locks that secured Unit B137.

4. During a search of the storage unit, members of the investigative team located and seized a large amount of crystal methamphetamine, powder cocaine, powder fentanyl, and fentanyl pressed pills. **TORRES** admitted to possessing all these controlled substances for the purpose of distributing them for financial gain. All these drugs were submitted to the CBP laboratory for analysis. On February 21, 2023, a report was generated that indicated that the crystal methamphetamine was identified as such, with an average purity of 97.8 % (+/- 2.8 %), and an initial weight of over 200 grams. Methamphetamine is a Schedule II narcotic controlled substance.



5.   In addition, during the search warrant execution on January 18, 2023, at TORRES' residence, in the Eastern District of Virginia, a firearm was located. This Glock firearm previously traveled in interstate and foreign commerce. TORRES, at the time of his possession of the firearm, was a convicted felon, meaning he was previously convicted of an offense punishable by more than one year of incarceration. At the time of his possession, TORRES was aware of his status as a felon and knew he was prohibited from possessing firearms.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

_____
Eric M. Hurt
Assistant United States Attorney
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
VA Bar # 35765

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, JONATHAN TORRES and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
JONATHAN TORRES

I am JONATHAN TORRES's attorney, and I have carefully reviewed the above Statement of Facts with the defendant. To my knowledge, the decision to stipulate to these facts is an informed and voluntary one.

_____
Michael P. Jones
Attorney for JONATHAN TORRES